UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:17-CR-51-1H
Civil No. 5:18-CV-549-H

ISAIAH ANTHONY STUBBS,            )
                                  )
            Petitioner,           )
                                  )
    v.                            )          ORDER
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 5th day of February, 2019.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE